# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Leon Weingrad
Plaintiff

v.

Synergy BPO LLC
Defendant

4:24-cv-610
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
### (This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Leon Weingradm individually and on behalf of all others similarly situated,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Kelly Pinn, Class Members, Perrong Law LLC, Paronich Law PC, Sharon K. Campbell, Attorney at Law

Date: _____06/28/2024_____

Signature: _____/s/ Andrew Roman Perrong_____

Print Name: _____Andrew Roman Perrong_____

Bar Number: _____333687PA_____

Address: _____2657 Mount Carmel Avenue_____

City, State, Zip: _____Glenside, PA 19038_____

Telephone: _____215-225-5529_____

Fax: _____888-329-0305_____

E-Mail: _____a@perronglaw.com_____

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.