# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Weingrad** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:24-cv-00610-P |
| ) | |
| **Synergy BPO LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, James Hatcher, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on August 2, 2024, at 11:34 am. I delivered these documents to Synergy BPO LLC in Tarrant County, TX on August 3, 2024 at 12:57 pm at 6616 McMakin Court, Colleyville, TX 76034 by leaving the following documents with Mirza Ahmed Jewel who as Registered Agent is authorized by appointment or by law to receive service of process for Synergy BPO LLC.

Summons and CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Middle Eastern Male, est. age 35-44, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.9052962,-97.1369924
Photograph: See Exhibit 1

Total Cost: $95.00

My name is James Hatcher, my date of birth is 3/25/1973, and my address is 1344 Shady Ln, Apt 707, Bedford, TX 76021, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Tarrant County  ,  TX  on  8/5/2024  .

/s/ *James Hatcher*

James Hatcher
+1 (817) 363-0019
Certification Number: PSC-18928
Expiration Date: 12/31/2024

