UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEON WEINGRAD,**

   Plaintiff,

v.                                    **No. 4:24-cv-610-P**

**SYNERGY BPO LLC,**

   Defendant.

## ORDER

On June 28, 2024, Plaintiff initiated this lawsuit. ECF No. 1. On August 6, 2024, Plaintiff filed proof of service of process on Defendant, indicating that Defendant was served on August 3, 2024. ECF No. 6. Over twenty-one days have passed since Defendant was served and, as of the date of this Order, Defendant has not filed an answer or otherwise responded to Plaintiff's Complaint.

Accordingly, the Court **ORDERS** Plaintiff to seek an entry of default against Defendant from the Clerk of this Court and to file a motion for default judgment **on or before October 7, 2024**. Otherwise, the Court may dismiss Plaintiff's action against Defendant as authorized by Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See* FED. R. CIV. P.41(b); *see also Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998).

**SO ORDERED** on this **16th day** of **September 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE