**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **LEON WEINGRAD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SYNERGY BPO LLC D/B/A SYNERGY FINANCIAL**,<br><br>Defendant. | Case No.: 4:24-cv-00610-P<br><br>**STIPULATION TO EXTEND SYNERGY BPO LLC'S D/B/A SYNERGY FINANCIAL TIME TO RESPOND TO COMPLAINT** |

Plaintiff Leon Weingrad and Defendant Synergy BPO LLC d/b/a Synergy Financial, by and through their undersigned counsel, hereby stipulate, pending the Court's approval, that Defendant's time to respond to the Complaint shall be extended up to and through September 27, 2024. Defendant was previously seeking retention of local counsel, which it has now obtained and is ready to proceed.

Dated: September 20, 2024     **PERRONG LAW LLC**

                              By     */s/ Andrew Roman Perrong*
                                    Andrew Roman Perrong, Esq.
                                    N.D. Tex. Bar #333687PA
                                    Perrong Law LLC
                                    2657 Mount Carmel Avenue
                                    Glenside, Pennsylvania
                                    T: 215.225.5529
                                    F: 888.329.0305
                                    a@perronglaw.com

                                    **ATTORNEY FOR PLAINTIFF**

Dated: September 20, 2024      **KLEIN MOYNIHAN TURCO LLP**

                           By     */s/ Michael B. Hess*

            Dustin P. Mansoor
            (pro hac vice application forthcoming)

            450 Seventh Avenue, 40th Floor
            New York, NY 10123
            T: 212.246.0900

            dmansoor@kleinmoynihan.com

            - and -

            **AKERMAN LLP**

            C. Bryce Benson
            State Bar No. 24031736
            Michael B. Hess
            State Bar No. 24095710

            2001 Ross Ave, Ste. 3600
            Dallas, Texas 75201
            T: 214.720.4300
            F: 214.981.9339

            E-mail: Michael.hess@akerman.com
            E-mail: Bryce.benson@akerman.com

            **ATTORNEYS FOR DEFENDANTS**