**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **LEON WEINGRAD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**SYNERGY BPO LLC D/B/A SYNERGY FINANCIAL**,<br><br>*Defendant*. | Case No. 4:24-cv-00610-P |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Local Rule 3.1(c), and Local Rule 7.4, the undersigned counsel for Synergy BPO LLC, i/s/h/a Synergy BPO LLC d/b/a Synergy Financial ("Defendant"), a private non-governmental party, certifies the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small or a party's shares or stock, as well as all other identifiable legal entities related to any party in this case:

   a. Synergy BPO LLC, Defendant
   b. Akerman LLP, counsel for Defendant
   c. Klein Moynihan Turco, LLP, counsel for Defendant
   d. Mirza Sagir Ahmed Jewel, Managing Member of Defendant
   e. Leon Weingrad, Plaintiff
   f. Perrong Law LLC, counsel for Plaintiff
   g. Kelly Pinn
   h. Unidentified class members
   i. Paronich Law P.C.
   j. Sharon K. Campbell, counsel for Plaintiff

2. The name of every parent corporation of Defendant or any publicly held corporation owning 10% or more of its stock:

   a. None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing upon learning of any such conflict.

Dated: September 27, 2024 **AKERMAN LLP**

*/s/ C. Bryce Benson*
Bryce Benson
State Bar No. 24031736
Michael B. Hess
State Bar No. 24095710

2001 Ross Ave, Ste. 3600
Dallas, Texas 75201
T: 214.720.4300
F: 214.981.9339
E-mail: michael.hess@akerman.com
E-mail: bryce.benson@akerman.com

**-AND-**

**KLEIN MOYNIHAN TURCO LLP**

*/s/ Dustin P. Mansoor*
Dustin P. Mansoor (*Pro Hac Vice Application Forthcoming*)
dmansoor@kleinmoynihan.com
450 Seventh Avenue – 40th Floor
New York, NY 10123
T: (212) 246-0900

**ATTORNEYS FOR DEFENDANT SYNERGY BPO LLC**

## **CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF on the 27th day of September 2024.

*/s/ Michael B. Hess*
Michael B. Hess