IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **LEON WEINGRAD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**SYNERGY BPO LLC,**<br><br><br><br>*Defendant*. | Case No. 4:24-cv-00610 |

**DEFENDANT SYNERGY BPO LLC'S**
**UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendant Synergy BPO LLC ("Synergy" or "Defendant") respectfully moves the Court to modify the Scheduling Order [Dkt 15] to continue all deadlines in this matter, aside from the deadline to join parties or amend pleadings, by a period of ninety (90) days. Plaintiff Leon Weingrad ("Plaintiff") consents to the relief sought herein. In support of the motion, Defendant states as follows:

**FACTS**

1. This civil action commenced on June 28, 2024, when Plaintiff filed his Complaint. [Dkt 1].

2. On September 27, 2024, Defendant filed its Answer to Plaintiff's Complaint. [Dkt 9].

3. On November 4, 2024, the Court entered a Scheduling Order, which set forth various deadlines for the disposition of the matter, including discovery, mediation, disclosures, and the filing of dispositive motions. [Dkt 15].

4. The parties have conferred regarding the requested modification of the Scheduling Order. The proposed modifications are agreed upon by both Plaintiff and Defendant.

## **REQUEST FOR EXTENSION**

5. Paragraph 12 of the Scheduling Order provides that in order to modify the dates set forth therein, the requesting party must establish good cause as provided under Fed. R. Civ. P. 16(b)(4). *See* [Dkt 15]. Rule 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."

6. Defendant respectfully submits that good cause exists to amend the Scheduling Order for the following reasons.

   a. The parties have been diligently engaged in discovery, which remains ongoing as the parties attempt to resolve certain disputes their respective responses and corresponding productions. Defendant's representatives have been seeking documents and information from overseas entities to that end. The parties require additional time to complete discovery in order to utilize findings to identify and prepare expert designations. The parties have also been engaged in protracted settlement negotiations. These discussions are ongoing.

7. To allow the parties adequate time to complete discovery, prepare and submit comprehensive expert reports, including rebuttal reports if necessary, while continuing to continue negotiating a prospective resolution, the parties have agreed to the following proposed modifications to the Scheduling Order deadlines :

| | |
|---|---|
| Motions for Leave to Join Parties or Amend Pleadings | January 3, 2025 |
| Initial Expert Designation & Report | August 8, 2025 |
| Responsive Expert Designation & Report | September 5, 2025 |

| | |
|---|---|
| Rebuttal Expert Designation | 30 days after the other party's disclosure |
| Expert Objections | December 8, 2025 |
| Dispositive Motions | November 3, 2025 |
| Mediation | September 1, 2025 |
| Completion of Discovery | August 1, 2025 |
| Pretrial Disclosures & Objections | January 22, 2026 (Objections due 14 days later) |
| Pretrial Materials | February 6, 2026 |
| Exchange of Exhibits | February 17, 2026 |
| Pretrial Conference | To be set if necessary |
| Trial Date | March 2, 2026 |

WHEREFORE, Defendant respectfully request an order modifying the Scheduling Order as proposed above.

Dated: April 23, 2025                                   Respectfully submitted,

| | |
|---|---|
| **PERRONG LAW LLC** | **KLEIN MOYNIHAN TURCO LLP** |
| *Attorneys for Plaintiff* <br> *Leon Weingrad* | *Attorneys for Defendant* <br> *Synergy BPO, LLC* |
| */s/ Andrew R. Perrong* <br> Andrew R. Perrong <br> A@perronglaw.com <br> 2657 Mt. Carmel Avenue <br> Glenside, Pennsylvania 19038 <br> T: (215) 225-5529 | */s/ Daniel M. Chin* <br> Daniel M. Chin (p*ro hac vice*) <br> dchin@kleinmoynihan.com <br> 450 Seventh Avenue – 40th Floor <br> New York, NY 10123 <br> T: (212) 246-0900 |
| Leon Weingrad | Synergy BPO LLC |
| */s/* Leon Weingrad <br> By: Leon Weingrad <br> Title: Plaintiff | */s/* Mirza Jewel <br> By:     Mirza Jewel <br> Title:   Chief Executive Officer |

## **CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF on April 23, 2025.

>  */s/ Daniel M. Chin*
>  Daniel M. Chin