# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SYNERGY BPO LLC,**<br><br>*Defendant.* | Case No. 24-cv-610-P |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: September 4, 2025        PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,

By:

*/s/ Daniel M. Chin*
Daniel M. Chin
KLEIN MOYNIHAN TURCO LLP
450 7th Ave., 40th Floor
New York, NY 10123
(212) 246-0900
dchin@kleinmoynihan.com